IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Thomas N. Aitken, II,
Administrator of the Estate of
Thomas N. Aitken, III, deceased       )
         Plaintiff       )
                )
vs       ) Civil No. 00-353
                )
Heckler & Koch GmbH, a corporation,
         Defendant
vs

Joel L. Hills, Peter C. Hills and Cynthia A. Hills    )
         Additional Defendants       )

ORDER OF COURT

AND NOW, to wit, this 17th day of May, 2006, it appearing to the Court that the above-captioned case has been terminated with no appeals pending and upon agreement of counsel, IT IS HEREBY ORDERED that the following pleading, impounded in the Office of the Clerk of Court be destroyed by the Clerk:

Document: 65

                                               Alan N. Bloch
                                               U.S. District Judge